# IN THE SUPREME COURT OF THE STATE OF NEVADA

LANCE POSNER; EVA POSNER; AND ROBERT W. LUECK,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE RONALD J. ISRAEL, DISTRICT JUDGE,
Respondents,
AND
RONALD M. TASSELY,
Real Party in Interest.

No. 71441

FILED

NOV 18 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order imposing sanctions. Having considered the petition and appendix filed in this matter, we conclude that petitioners have not demonstrated that the district court arbitrarily or capriciously exercised its discretion. *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *see* NRCP 11. Accordingly, our intervention by way of extraordinary relief is not warranted, *see* NRS 34.160; NRAP 21(b)(1); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991), and we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

16-36121

cc: Hon. Ronald J. Israel, District Judge
    Robert W. Lueck, Esq.
    Nitz Walton & Heaton, Ltd.
    Eighth District Court Clerk